IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JAMES SANFORD,<br><br>　*Plaintiff,*<br><br>VS.<br><br>STATE FARM LLOYDS,<br><br>　*Defendant.* | §<br>§<br>§<br>§ CIVIL ACTION NO. 9:23-CV-00170<br>§ JUDGE MICHAEL J. TRUNCALE<br>§<br>§<br>§<br>§<br>§ |

### ORDER ON PLAINTIFF'S NOTICE OF PARTIAL
### NON-SUIT OF RESOLVED WIND DAMAGE CLAIM

The Court has received Plaintiff's Notice of Partial Non-Suit of Resolved Wind Damage Claim. [Dkt. 19]. Plaintiff advises the Court that he has resolved his wind damage claim in this matter and files this partial non-suit with respect to those claims only.

It is therefore **ORDERED** that State Farm Lloyds is hereby **DISMISSED WITH PREJUDICE** from any claims for relief regarding Plaintiff's resolved claim for wind damage, Claim No. 43-36Z8-04M, which was resolved through appraisal, ONLY. **Plaintiff's claims for relief regarding the alleged damage caused by a pipe burst, Claim No. 43-29K3-42T, remains pending in this case.**

　　　　　　　　　　　　　SIGNED this 26th day of November, 2024.


　　　　　　　　　　　　　　　　　　　　　　　　　*Michael J. Truncale*
　　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Truncale
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge